UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-44(3)DSD

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL PODANY, Defendant, and PARK JEEP EAGLE INC., Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Michael Podany, Social Security Number, XXX-XX-0980, with the last known address of XXXXXX, Lakeville, MN 55044.

The judgment was entered on April 20, 2001, for monetary impositions. The judgment was entered in the amount of $183,419.00, plus costs.

As of February 28, 2005, after applying payments, if any, the balance on this judgment debt was $201,595.27 in principal and penalties.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has

SCANNED
MAR 16 2005
U.S. DISTRICT COURT MPLS

failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Park Jeep Eagle Inc.
1408 West Highway 13
Burnsville, MN 55337

Dated: February 28, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600