UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-44(3) DSD

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) **GARNISHMENT ORDER**
MICHAEL PODANY, )
Defendant, )
PARK JEEP EAGLE INC., )
Garnishee. )

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on April 1, 2005, is hereby released.

Dated: April 5, 2005

s/David S. Doty
Judge David S. Doty
United States District Court